# EXHIBIT A



**BETH ARTHUR**
**SHERIFF**

**ARLINGTON COUNTY, VIRGINIA**
OFFICE OF THE SHERIFF
COURTHOUSE
1425 N. COURTHOUSE ROAD, ROOM 9100
ARLINGTON, VIRGINIA 22201
(703) 228-4460
DETENTION FACILITY
1435 N. COURTHOUSE ROAD
ARLINGTON, VIRGINIA 22201
(703) 228-7286



April 22, 2020

**To:**   Gregory Dalzell

**From:**   Beth Arthur, Sheriff

**Ref:**   Separation During Probation Period

Effective April 23, 2020, you are hereby dismissed from employment with the Arlington County Sheriff's Office.

While still in your 18-month probationary period, you failed to follow several policies and procedures that were taught to you during your field training. You failed to conduct surveillance rounds and falsified official Office records on numerous occasions. As such, you did not meet the standards required during your probationary period.

You will receive two weeks' severance pay.

c:   Major Johnson/Personnel File

— ACCREDITED —
AMERICAN CORRECTIONAL ASSOCIATION (ACA) ACCREDITED
PRISON RAPE ELIMINATION ACT (PREA) ACCREDITED