**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Gregory Dalzell, Jr. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:22cv407 |
| | ) |
| | ) |
| Arlington County Sheriff's Office | ) |
| Beth Arthur | ) |
| | ) |
|     Defendant. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on December 19, 2022 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants,

Arlington County Sheriff's Office and Beth Arthur, and against the Plaintiff, Gregory Dalzell, Jr.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
          D. Van Metre
          Deputy Clerk

Dated: 12/19/2022
Alexandria, Virginia